IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JASON BENNETT, on behalf of himself and
all others similarly situated,

     Plaintiff,

vs.                             CASE NO.: 1:14-cv-00021

TAX DEFENSE NETWORK, INC. and
LEAD GENERATION TECHNOLOGIES, INC.

     Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

     Plaintiff, JASON BENNETT, and Defendant, TAX DEFENSE NETWORK, INC, hereby

stipulate and agree that all claims and disputes between these parties have been settled and that

this action shall be dismissed with prejudice as for these parties as an adjudication upon the

merits and that each party shall bear its own attorney's fees and costs.

Earl P. Underwood, Jr., Esq.
21 South Section Street
Fairhope, AL 36532
epunderwood@alalaw.com
*Attorney for Plaintiff*

**John R. Cox, Esq.**
9786-A Timber Circle
Spanish Fort, Alabama 36527
jrc@jrcoxlaw.com
*Attorney for Plaintiff*

**Kenneth J. Riemer, Esq.**
P.O. Box 1206
Mobile, AL 36633
kjr@alaconsumerlaw.com
*Attorney for Plaintiff*

L.L. Roane, III, Esq.
Bar No. Roanl6619
*Cole, Scott & Kissane, P.A.*
715 South Palafox Street
Pensacola, Florida  32502
Telephone: (850) 483-5900
Email:  Roy.Roane@csklegal.com
Email:  Kassia.Lakin@csklegal.com
*Counsel for Tax Defense Network, Inc.*

DATED: 10 | 22 | 2014

DATED: 10/22/14

CASE NO.: 1:14-cv-00021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2014, I electronically filed the aforementioned document with the Clerk of the Court using the CM/ECF system, which will send electronic filing to the following attorneys:

John R. Cox, Esq.
9786-A Timber Circle
Spanish Fort, Alabama 36527
jrc@jrcoxlaw.com
*Attorney for Plaintiff*

Kenneth J. Riemer, Esq.
P.O. Box 1206
Mobile, AL 36633
kjr@alaconsumerlaw.com
*Attorney for Plaintiff*

Earl P. Underwood , Jr., Esq.
21 South Section Street
Fairhope, AL 36532
epunderwood@alalaw.com
*Attorney for Plaintiff*

*/s/ L.L. Roane, III*
**L.L. Roane, III, Esq.**

2